1  LAWRENCE G. BROWN
   Acting United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant and Cross-Defendant
           United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIRSTIE DUNBAR-KARI, | 1:09-cv-00389-LJO-SMS |
| Plaintiff, | STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO PLEADINGS AND SCHEDULING CONFERENCE DATE; ORDER RE SAME |
| v. | |
| UNITED STATES OF AMERICA; STUART JOHNSTON, dba JOHNSTON CONSTRUCTION, | |
| Defendants. | |
| STUART JOHNSTON dba JOHNSTON CONSTRUCTION, | |
| Cross-Complainant, | |
| v. | |
| UNITED STATES OF AMERICA and ROES 1 to 50, | |
| Cross-Defendants. | |

Plaintiff Kirstie Dunbar-Kari ("Plaintiff"), Defendant and Cross-Defendant United States of America ("United States") and Defendant and Cross-Complainant Stuart Johnston dba Johnston Construction ("Johnston") (collectively "the parties") stipulate, by and through the undersigned counsel, to extend the deadline

1

for United States to respond to the Complaint and Cross-Claim to and including June 5, 2009.

    The parties further agree to continue the date of the scheduling conference currently set for May 21, 2009 at 9:15 a.m. in Courtroom 7 of the above-entitled court to June 29, 2009 at 9:15 a.m. in Courtroom 7.

    The parties base this stipulation on good cause, which includes the need for United States to review the allegations in the Complaint and Cross-Claim and respond accordingly. The parties agree that this short extension of time for the United States to respond will not cause any prejudice to the parties as this action was recently commenced.

    Accordingly, the parties stipulate and agree to continue the time for the United States to file a responsive pleading to the Complaint and Cross-Claim and the scheduling conference as specified below, and base it on the above-stated good cause. The parties request the court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| United States' response to Complaint and Cross-Claim | May 4, 2009[1] | **June 5, 2009** |
| Scheduling Conference | May 21, 2009 @9:15 a.m. Dept. 7 | **June 29, 2009** @9:15 a.m. Dept. 7 |

---

[1] Service was not properly effectuated on the United States per Federal Rule of Civil Procedure 4(i) by either Plaintiff or Johnston. Thus, the date for the United States to respond to the Complaint and Cross-Claim has not been set. Nevertheless, the parties have agreed to use May 4, 2009 as the date for a responsive pleading and continue the response date an additional 30 days.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: May 4, 2009 | | LAWRENCE G. BROWN<br>Acting United States Attorney |

                                          /s/ Alyson A. Berg
                                          ALYSON A. BERG
                                          Attorneys for Defendant and
                                          Cross-Defendant United States
                                          of America

McCormick, Barstow, Sheppard
Wayte & Carruth LLP

Dated: April 30, 2009                 (As authorized 4/30/09)
                                          /s/Wade M. Hansard
                                          WADE M. HANSARD
                                          Attorneys for Plaintiff

Jacobson, Hansen, Najarian &
McQuillan

Dated: April 30, 2009                 (As authorized 4/30/09)
                                          /s/Leith B. Hansen
                                          LEITH B. HANSEN
                                          Attorneys for Defendant and
                                          Cross-Complainant

IT IS SO ORDERED.

**Dated:　　May 6, 2009**　　　　　　　　　　　／s／ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

3
STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO PLEADINGS AND SCHEDULING CONFERENCE DATE; [PROPOSED] ORDER RE SAME