BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant and Cross-Defendant
    United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTIE DUNBAR-KARI, | 1:09-cv-00389-LJO-SKO |
| Plaintiff, | STIPULATION EXTENDING SCHEDULING DEADLINES AND ORDER THEREON |
| v. | |
| UNITED STATES OF AMERICA; STUART JOHNSTON, dba JOHNSTON CONSTRUCTION, | |
| Defendants. | |
| STUART JOHNSTON dba JOHNSTON CONSTRUCTION, | |
| Cross-Complainant, | |
| v. | |
| UNITED STATES OF AMERICA and ROES 1 to 50, | |
| Cross-Defendants. | |

    Plaintiff Kirstie Dunbar-Kari ("Plaintiff"), Defendant and Cross-Defendant United States of America ("United States") and Defendant and Cross-Complainant Stuart Johnston dba Johnston Construction ("Johnston") (collectively "the parties") stipulate, by and through the undersigned counsel, to stipulate to continue the following deadlines in this action as specifically set forth below.

1    The parties base this stipulation on good cause as the parties have attempted to finish
2 non-expert discovery and all depositions have been noticed. Due to the number of depositions to
3 be taken as well as the location of those depositions, the non-expert discovery date currently set
4 cannot be met. The parties agree to extend certain scheduling deadlines without affecting the
5 pre-trial conference or trial date in this action.

|  | **Old Date** | **New Date** |
|---|---|---|
| Non-expert discovery cut-off | 06/25/10 | 08/06/10 |
| Expert disclosures | 07/23/10 | 08/23/10 |
| Supplemental expert disclosures | 08/24/10 | 09/13/10 |
| Expert discovery cut-off | 09/24/10 | 10/08/10 |
| Non-dispositive motion filing deadline | 10/01/10 | 10/15/10 |
| Dispositive motion filing deadline | 10/22/10 | 10/29/10 |

14    For the reasons set forth herein, the parties therefore stipulate and agree to extend the
15 foregoing deadlines as specified above. The parties request the court endorse this stipulation by
16 way of formal order.

17                                             Respectfully submitted,

18 Dated: June 17, 2010                        BENJAMIN B. WAGNER
                                               Acting United States Attorney

20                                              /s/ Alyson A. Berg
21                                             ALYSON A. BERG
                                               Attorneys for Defendant and
22                                             Cross-Defendant United States of America

23                                             McCormick, Barstow, Sheppard
                                               Wayte & Carruth LLP

                                               (As authorized 6/17/10)
26 Dated: June 17, 2010                           /s/Wade M. Hansard
                                               WADE M. HANSARD
27                                             Attorneys for Plaintiff

                                            Jacobson, Hansen, Najarian & McQuillan

Dated: June 17, 2010                (As authorized 6/17/10)
                                          /s/Leith B. Hansen
                                          LEITH B. HANSEN
                                          Attorneys for Defendant and Cross-Complainant

## ORDER

IT IS SO ORDERED.

**Dated:   June 22, 2010**                      **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION EXTENDING SCHEDULING DEADLINES AND ORDER THEREON