1  Leith B. Hansen, No. 109320
2  JACOBSON, HANSEN, NAJARIAN & McQUILLAN
   A Professional Corporation
3  1690 W. Shaw Avenue, Suite 201
   Fresno, California 93711
4  Telephone: (559) 448-0400
   Facsimile: (559) 448-0123
5
   Attorney for Defendant/Cross-Claimant, STUART JOHNSTON dba JOHNSTON
6  CONSTRUCTION

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT, FRESNO DIVISION

10

11 | KIRSTIE DUNBAR-KARI,                    | Case No.: 1:09-cv-00389-LJO-DLB
12 |           Plaintiff(s),
13 |      v.                                 | **JUDGMENT**
14 | UNITED STATES OF AMERICA; STUART
15 | JOHNSTON dba JOHNSTON CONSTRUCTION,
16 |           Defendant(s).
17

18         Pursuant to Local Rule 230(g), Defendant STUART JOHNSTON dba JOHNSTON
19  CONSTRUCTION'S Motion for Summary Judgment was submitted on the pleadings
20  without oral argument to the Honorable Lawrence J. O'Neill, District Judge presiding.  The
21  evidence presented having been fully considered, the issues have been duly heard and
22  the decision having been duly rendered,
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

| | |
|---|---|
| 1 | IT IS ORDERED AND ADJUDGED that the plaintiff take nothing from defendant STUART JOHNSTON dba JOHNSTON CONSTRUCTION, that the action be dismissed on the merits against STUART JOHNSTON dba JOHNSTON CONSTRUCTION and that defendant STUART JOHNSTON dba JOHNSTON CONSTRUCTION recover its costs. |

DATED:  December 7, 2010`           UNITED STATES DISTRICT COURT, For The
                                    EASTERN DISTRICT OF CALIFORNIA


                                    By:  /s/ Lawrence J. O'Neill_
                                         Lawrence J. O'Neill, District Judge