1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Defendant and Cross-Defendant
         United States of America

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 KIRSTIE DUNBAR-KARI,             )   1:09-cv-00389-LJO-DLB
                                    )
           Plaintiff,                )   STIPULATION RE DISMISSAL
12                                  )
      v.                            )
13                                  )
   UNITED STATES OF AMERICA;        )
14 STUART JOHNSTON, dba JOHNSTON    )
   CONSTRUCTION,                    )
15                                  )
           Defendants.              )
16 _____  )
                                    )
17 STUART JOHNSTON dba JOHNSTON     )
   CONSTRUCTION,                    )
18                                  )
           Cross-Complainant,       )
19                                  )
      v.                            )
20                                  )
   UNITED STATES OF AMERICA and     )
21 ROES 1 to 50,                    )
                                    )
22         Cross-Defendants.        )
                                    )
23 _____  )

24     IT IS STIPULATED by and between Cross-Complainant STUART JOHNSTON dba

25 JOHNSTON CONSTRUCTION and UNITED STATES OF AMERICA, through their respective

26 counsel, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the Cross-Claim in the

27 above-entitled matter and all alleged claims therein are dismissed without prejudice as to cross-

28 defendant, UNITED STATES OF AMERICA, only, with a waiver of fees and costs, each party

                                    1
                            STIPULATION RE DISMISSAL

1  to bear its own attorney fees, arising from the above-captioned matter.  This stipulation does not
2  act as a retraxit.

3                                                                            Respectfully submitted,

4  Dated: December 20, 2010                          BENJAMIN B. WAGNER
                                                     United States Attorney
5

6
                                                      /s/ Alyson A. Berg
7                                                    ALYSON A. BERG
                                                     Attorneys for Defendant and
8                                                    Cross-Defendant United States of America

9                                                    Jacobson, Hansen, Najarian &
                                                      McQuillan
10
                                                     (As authorized 12/20/10)
11 Dated: December 20, 2010                           /s/Leith B. Hansen
                                                     LEITH B. HANSEN
12                                                   Attorneys for Defendant and
                                                     Cross-Complainant
13

14                                           **ORDER**

15
   IT IS SO ORDERED.
16
   **Dated:    December 20, 2010**                   **/s/ Lawrence J. O'Neill**
17                                                   UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28