IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIE DUNBAR-KARI, | CASE NO. CV-F-09-389 LJO SMS |
| Plaintiff, | **ORDER AFTER SETTLEMENT** (Doc. 83) |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On January 6, 2011, plaintiff filed a notice that the remaining parties have reached a settlement in this action.  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than February 17, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the January 24, 2011 trial date.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   January 7, 2011**                    /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE