Wade M. Hansard, # 76676
wade.hansard@mccormickbarstow.com
Seth J. Manfredi # 260893
seth.manfredi@mccormickbarstow.com
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P. O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorney for Plaintiff
KIRSTIE DUNBAR-KARI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT, FRESNO DIVISION

| | |
|---|---|
| KIRSTIE DUNBAR-KARI,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA;<br>STUART JOHNSTON; dba JOHNSTON CONSTRUCTION,<br><br>            Defendants. | Case No.  1:09-cv-00389-LJO-DLB<br><br>**STIPULATION AND ORDER OF SETTLEMENT** |

Pursuant to Local Rule 160, please take notice that the parties in the above-entitled action have agreed to settle this matter in its entirety.  Plaintiff Kirstie Dunbar-Kari ("Dunbar-Kari") and Defendant United States of America ("United States") are in the process of finalizing a settlement agreement that will require the dismissal of the above-entitled action with prejudice.

IT IS HEREBY STIPULATED by and between Dunbar-Kari and the United States ("the parties"), for good cause shown, as follows:

WHEREAS, the parties are in the process of finalizing a settlement agreement ("Settlement Agreement");

WHEREAS, Dunbar-Kari filed a Notice of Settlement on January 6, 2011;

WHEREAS, the Court's January 7, 2011 "Order After Settlement" orders the parties to dismiss the above-entitled case by February 17, 2011;

WHEREAS, the United States, by and through its counsel of record, has advised Dunbar-Kari, by and through her counsel of record, that it may take the United States up to six (6) weeks to provide payment to Dunbar-Kari pursuant to the terms of the Settlement Agreement;

WHEREAS, there exists the possibility that the United States will be unable to provide payment to Dunbar-Kari by February 17, 2011;

THE PARTIES THEREFORE STIPULATE as follows:

1. The parties will dismiss the above-entitled action within three (3) days of receipt of payment under the Settlement Agreement or by May 2, 2011, whichever is earlier.

Dated: January 18, 2011

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

By: /s/ Seth J. Manfredi
Wade M. Hansard
Seth J. Manfredi
Attorneys for Plaintiff
KIRSTIE DUNBAR-KARI

Dated: January 18, 2011

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Alyson A. Berg
Alyson A. Berg
Attorneys for Defendant
UNITED STATES OF AMERICA

## **ORDER**

IT IS SO ORDERED: The parties shall file a status report no later than March 31, 2011 as to the status of the payment."

/s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

DATED: January 19, 2011

99800/00205-1673438.v1

1

**STIPULATION AND ORDER OF SETTLEMENT**