Wade M. Hansard, # 76676  
wade.hansard@mccormickbarstow.com  
Seth J. Manfredi # 260893  
seth.manfredi@mccormickbarstow.com  
McCormick, Barstow, Sheppard  
Wayte & Carruth LLP  
P. O. Box 28912  
5 River Park Place East  
Fresno, CA 93720-1501  
Telephone:    (559) 433-1300  
Facsimile:     (559) 433-2300  

Attorney for Plaintiff  
KIRSTIE DUNBAR-KARI  

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT, FRESNO DIVISION

| | |
|---|---|
| KIRSTIE DUNBAR-KARI,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA;<br>STUART JOHNSTON; dba JOHNSTON CONSTRUCTION,<br><br>      Defendants. | Case No.  1:09-cv-00389-LJO-DLB<br><br>**STIPULATION OF DISMISSAL**<br>**Rule 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED by and between Kirstie Dunbar-Kari and the United States of American ("the parties"), through their respective designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own fees and costs.

Dated: February 18, 2011

              McCORMICK, BARSTOW, SHEPPARD  
                WAYTE & CARRUTH LLP

             By:   /s/ Seth J. Manfredi  
               Wade M. Hansard  
               Seth J. Manfredi  
               Attorneys for Plaintiff  
               KIRSTIE DUNBAR-KARI

1  Dated: February 18, 2011                                          BENJAMIN B. WAGNER
                                                                     United States Attorney
2

3
                                                        By:_____/s/ Alyson A. Berg_____
4                                                                   Alyson A. Berg
                                                                 Attorneys for Defendant
5                                                              UNITED STATES OF AMERICA

6
                                            **<u>ORDER</u>**
7

8  IT IS SO ORDERED:

9  The Clerk of the Court is directed to close this action in its entirety.

10                                                      _/s/ Lawrence J. O'Neill_____
                                                        UNITED STATES DISTRICT JUDGE
11

12                                                      DATED: ___February 22, 2011_____

13  99800/00205-1690448.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1

STIPULATION OF DISMISSAL Rule 41(a)(1)(A)(ii)